**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JUANA MOSQUEA MONEGRO,                  :
                                        :
                        Plaintiff,      :
        -against-                       :
                                        :          ORDER
                                        :
JOEL D. AVILES SAMOL, and CONTRACT      :          26 Civ. 378 (GBD)
TRANSPORTATION SYSTEMS CO.,             :
                                        :
                        Defendants.     :
                                        :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

All counsel in the above-captioned case are directed to appear before this Court on

February 24, 2026 at 10:45 AM for a conference.

Dated: January 27, 2026                     SO ORDERED.
       New York, New York

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge