**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUANA MOSQUEA MONEGRO,                          :
                                                :
                              Plaintiff,         :
          -against-                              :                    ORDER
                                                :
                                                :
JOEL D. AVILES SAMOL, and CONTRACT              :              26 Civ. 378 (GBD)
TRANSPORTATION SYSTEMS CO.,                      :
                                                :
                              Defendants.        :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for February 24, 2026 is hereby adjourned to Tuesday, March

10, 2026 at 10:00 a.m.


Dated: February 24, 2026                        SO ORDERED.
       New York, New York

                                                *George B Daniel*

                                                GEORGE B. DANIELS
                                                United States District Judge