**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JUANA MOSQUEA MONEGRO,               :
                                     :
                    Plaintiff,       :
        -against-                    :                    ORDER
                                     :
                                     :            26 Civ. 378 (GBD)
JOEL D. AVILES SAMOL, and CONTRACT   :
TRANSPORTATION SYSTEMS CO.,          :
                                     :
                    Defendants.      :
                                     :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 10, 2026 is hereby adjourned to Wednesday, April 1, 2026 at 10:15 a.m.

Dated: March 9, 2026                    SO ORDERED.
       New York, New York

                                        _____
                                        GEORGE B. DANIELS
                                        United States District Judge